UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERETT MUHAMMAD-SNELL, | No. 2:14-cv-2733 KJN P |
| Plaintiff, | |
| v. | ORDER |
| RONALD RACKLEY, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has not, however, filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit a certified copy of his prison trust account statement.

In accordance with the above, IT IS HEREBY ORDERED that plaintiff shall submit, within thirty days from the date of this order, a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. Plaintiff's

////

////

////

1

1 failure to comply with this order will result in a recommendation that this action be dismissed
2 without prejudice.
3 Dated: December 2, 2014

5 /muha2733.3c.new

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2