UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERETT MUHAMMAD-SNELL,<br><br>    Plaintiff,<br><br>    v.<br><br>RONALD RACKLEY, et al.,<br><br>    Defendants. | No. 2:14-cv-2733 WBS KJN P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. On December 3, 2014, plaintiff was directed to submit a certified copy of his prison trust account statement. Plaintiff has now submitted the copy of his prison trust account statement. However, the prison trust account statement has not been certified by an authorized prison official. See 28 U.S.C. § 1915(a)(2). Therefore, plaintiff will be provided the opportunity to submit a certified copy in support of his application to proceed in forma pauperis.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

////

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

Dated: December 30, 2014

/snel2733.3e

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE